Kelly H. Dove (Nevada Bar #10569)
Tanya N. Lewis (Nevada Bar #8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSEY PRESHER,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CITI BANK NORTH AMERICA; BEST BUY CO., Inc,; SYNCHRONY BANK/LOWES; CAPITAL ONE BANK (USA), N.A.; JPMORGAN CHASE BANK & CO.; and WELLS FARGO BANK, N.A.,<br><br>                    Defendants. | Case No. 2:23-CV-00146-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Jessey Presher ("Plaintiff"), through his attorneys, George Haines and Gerardo Avalos, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's current deadline to respond to the Complaint is February 21, 2023[1]. In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **March 14, 2023**, in which to file its responsive pleading.

---

[1] This is based on the service date of January 31, 2023.

4868-2455-8674

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that Wells Fargo can have adequate time to prepare its response.

Dated: February 21, 2023                                         SNELL & WILMER L.L.P.


By: ./s/ *Tanya N. Lewis*
Kelly H. Dove
Tanya N. Lewis
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada  89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: February 21, 2023                                         FREEDOM LAW FIRM


By: /s/ *Gerardo Avalos*
George Haines Esq.
Gerardo Avalos Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

*Attorney for Plaintiff*

*e-signed with permission via email

## ORDER

**IT IS HEREBY ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint is extended to March 14, 2023.**

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED February 22, 2023

4868-2455-8674

- 2 -