1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 350
   Las Vegas, Nevada 89123
6  (702) 880-5554
7  (702) 385-5518 (fax)
8  info@freedomlegalteam.com
9  *Attorneys for Plaintiff Jessey Presher*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jessey Presher, | Case No.: 2:23-cv-00146 |
| Plaintiff, | **Stipulation of dismissal of Wells Fargo Bank, N.A. with prejudice** |
| v. | |
| Equifax Information Services, LLC; Citi Bank North America; Best Buy Co, Inc.;Synchrony Bank/Lowes; Capital OneBank(USA), N.A.; JPMorgan Chase Bank & Co.; and Wells Fargo Bank, N.A., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jessey Presher and Wells Fargo Bank, N.A. stipulate to dismiss Plaintiff's claims against Wells Fargo Bank, N.A. with prejudice.

STIPULATION                                             - 1 -

1  Each party will bear its own costs, disbursements, and attorney
2  fees. Dated: March 13, 2023.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jessey Presher*

**SNELL & WILMER, LLP**

/s/ Tanya N. Lewis
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Counsel for Defendant Wells Fargo, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: March 14, 2023

STIPULATION                                    - 2 -