1  Kelly H. Dove (Nevada Bar #10569)
   Tanya N. Lewis (Nevada Bar #8855)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
3  Suite 1100
   Las Vegas, Nevada  89169
4  Telephone:  702.784.5200
   Facsimile:  702.784.5252
5  Email:  kdove@swlaw.com
             tlewis@swlaw.com
6
   *Attorneys for Defendant Wells Fargo Bank, N.A.*
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  JESSEY PRESHER,

12              Plaintiff,                    Case No. 2:23-CV-00146-JCM-NJK

13  vs.                                       **ORDER GRANTING MOTION TO REMOVE ATTORNEYS FROM THE ELECTRONIC SERVICE LIST**

14  EQUIFAX INFORMATION SERVICES, LLC; CITI BANK NORTH AMERICA; BEST BUY CO., Inc,; SYNCHRONY BANK/LOWES; CAPITAL ONE BANK (USA), N.A.; JPMORGAN CHASE BANK & CO.; and WELLS FARGO BANK, N.A.,

17              Defendants.

18

19       The Court having reviewed the Motion to Remove Counsel from the CM/ECF Electronic

20  Service List ("Motion"), and good cause having been shown,

21       **IT IS HEREBY ORDERED** that the Motion is granted;

22       **IT IS FURTHER ORDERED** that the Court Clerk shall cause Kelly H. Dove, Esq. and

23  Tanya N. Lewis, Esq. to be removed from the CM/ECF Electronic Service List for Case No. 2:23-

24  CV-00146-JCM-NJK.

25       **IT IS SO ORDERED.**

26                                            _____
                                              United States Magistrate Judge
27
                                              DATED: March 23, 2023
28

4877-9256-6616