J Christopher Jorgensen
Nevada Bar No. 5382
Brittni A. Tanenbaum
Nevada Bar No. 16013
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
cjorgensen@lewisroca.com
btanenbaum@lewisroca.com

*Attorneys for Defendant Synchrony Bank*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESSEY PRESHER,<br><br>           Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CITI BANK NORTH AMERICA; BEST BUY CO, INC.; SYNCHRONY BANK/LOWES; CAPITAL ONE BANK (USA), N.A.; JPMORGAN CHASE BANK & CO.; and WELLS FARGO BANK, N.A.,<br><br>           Defendants. | Case No. 2:23-cv-00146-JCM-NJK<br><br>**JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Synchrony Bank/Lowes ("Synchrony") and Plaintiff Jessey Presher ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, respectfully request that this Court extend the deadline in which Synchrony has to answer or otherwise respond to Plaintiff's Complaint, through and until April 28, 2023. In support of this Motion, the parties stipulate as follows:

1. This is the first stipulation for extension of time for Synchrony to respond to Plaintiff's Complaint.

2. On January 26, 2023, Plaintiff filed a Complaint with this Court [ECF No. 1].

3. Synchrony's current deadline to respond to the Complaint is March 28, 2023.

/ / /

120675001.1

4. In order to evaluate this matter and explore the possibility of early resolution with Plaintiff, counsel for Synchrony desires a thirty (30) day extension until April 28, 2023, to file a response to the Complaint.

5. Counsel for Synchrony conferred with Plaintiff's counsel regarding this requested extension, and Plaintiff's counsel has no objection.

6. The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

7. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

8. Granting this Motion is in the interests of justice and is otherwise the right and proper thing to do.

DATED this 28th day of March, 2023.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/  *Brittni Tanenbaum*

J Christopher Jorgensen
Brittni A. Tanenbaum
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

*Counsel for Defendant Synchrony Bank*

**FREEDOM LAW FIRM, LLC**

/s/   *Gerardo Avalos*

Gerardo Avalos
8985 South Eastern Avenue, Suite 100
Las Vegas, NV 89123

*Counsel for Plaintiff Jessey Presher*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 28, 2023

120675001.1

- 2 -