George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jessey Presher*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jessey Presher,<br><br>              Plaintiff,<br>v.<br><br>Equifax Information Services, LLC; Citi Bank North America; Best Buy Co, Inc.; Synchrony Bank/Lowes; Capital One Bank(USA), N.A.; JPMorgan Chase Bank & Co.; and Wells Fargo Bank, N.A.,<br><br>              Defendant(s). | Case No.: 2:23-cv-00146-JCM-NJK<br><br>**Stipulation for dismissal of Equifax Information Services, LLC with prejudice.** |

_____

STIPULATION            - 1 -

1   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jessey Presher
2   and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against
3   Equifax Information Services, LLC with prejudice.
4   Each party will bear its own costs, disbursements, and attorney fees.
5   Dated: October 24, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jessey Presher*

**CLARK HILL PLLC**

/s/ Gia N. Marina
Gia N. Marina, Esq.
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: November 3, 2023